IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LARNELL LOWE, :
    Petitioner :
: No. 1:04-cr-0131
v. :
: (Judge Kane)
UNITED STATES OF AMERICA, :
    Respondent :
:

# ORDER

**AND NOW**, on this 28th day of January 2020, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Larnell Lowe's Motion to Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 257) is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**;

3. Petitioner's motion to proceed in forma pauperis (Doc. No. 294) is **GRANTED**;

4. Petitioner's pro se motion for release pending appeal (Doc. No. 299) is **DENIED**; and

5. The Clerk of Court is directed to **CLOSE** civil case number 1:16-cv-01272.

                                                             s/ Yvette Kane
                                                             Yvette Kane, District Judge
                                                             United States District Court
                                                            Middle District of Pennsylvania